JOHANNA BOLAND, Respondent, v. HARRY C. CORK and Another, Appellants.— Appeal dismissed unless appellants shall be ready for argument on November twentieth. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

LAKEFIELD CORPORATION, Respondent, v. CREDIT ALLIANCE CORPORATION, Appellant. (Actions Nos. 1 and 2.)— Appeal dismissed unless appellant shall be ready for argument on November twenty-first. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE VINCENT STONE COMPANY, INCORPORATED, Respondent, v. JAMES RYAN and Others, Appellants.— Appeal dismissed for failure of appellants to comply with terms of order entered herein September 13, 1927. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

FREDERIC C. BARNS, Appellant, v. DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INCORPORATED, and Another, Respondents.— Motion for leave to appeal to Court of Appeals denied, upon the ground that the time within which leave to appeal might be granted has expired. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

OSWALD P. BACKUS, JR., and SIDNEY K. BACKUS, Plaintiffs, v. JAMES J. GREEN and Others, Defendants.— Appeal dismissed as to the defendant Mason F. Sexton, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

FRANCES FINA, as Administratrix, etc., of JOSEPH FINA, Deceased, Respondent, v. VAN DYKE TAXI & TRANSFER COMPANY, INCORPORATED, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DANIEL M. GREEN, Appellant, v. FRED F. GREEN and Others, Individually and as Executors and Trustees, etc., Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENNY SABATINO, Appellant, v. EDGAR S. JENNINGS, as Agent and Warden of Auburn State Prison, Respondent. — Motion to permit hearing of appeal on typewritten papers denied, on the ground that the decision of the Court of Appeals in same case on October 28, 1927,† renders academic the question sought to be reviewed here. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

BLANCHE S. GOOLD, Appellant, Respondent, v. JOHN JACOB SCHMITT and Another, Appellants, Respondents, Impleaded with Another.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied. Decision amended on stipulation so as to provide that the affirmance be without costs on the appeal to either party. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.